# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-0856
Lower Tribunal No. 2022-CA-010525-O

_____

ORLANDO UTILITIES COMMISSION,

Appellant,

v.

JASON HAMMER, as Personal Representative of the ESTATE OF MARION EVELYN HALL,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Eric J. Netcher, Judge.

November 4, 2025

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and STARGEL and WOZNIAK, JJ., concur.


Derek J. Angell, of O'Connor, Haftel & Angell, PLLC, Orlando, for Appellant.

Sebastian C. Mejia, of Mejia Law Group, PLLC, Orlando, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED